UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN N. PRATT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT HERTZ, JOHN LAKIN, GARY BOST, ROBERT HOLLENBECK, LT. HILL, TONY COURT, ARLEY FOSTER, MATTHEW DOVER, MYRON THOMPSON, JODIE COLEMAN, PAUL SARHAGE, STEVE RIDINGS, DON MCNAUGHTON, TIM WALKER, MIKE HARE, CRAIG REICHART, TOM SCHMIDT, MATT MILLER, and GUS NAVARETTE,<br><br>　　　　Defendants. | Case No. 15-cv-1102-JPG-RJD |

## **MEMORANDUM AND ORDER**

This matter comes before the Court following its August 1, 2017, order for plaintiff Brian N. Pratt to show cause why the Court should not dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for lack of prosecution and failure to obey a Court order after he failed to keep the Court apprised of his current address (Doc. 81). The Court warned Pratt that if he failed to respond to the order to show cause by August 18, 2017, the Court would construe his failure as an abandonment of this case and would dismiss this case with prejudice pursuant to Rule 41(b) for failure to prosecute. The order to show cause that the Clerk mailed to Pratt was returned as undeliverable with indications that the address Pratt provided the Court was vacant. Not surprisingly, Pratt did not timely respond to the order to show cause. Accordingly, as it warned it would, the Court **DISMISSES** this case with prejudice pursuant to Rule 41(b) for failure to prosecute and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:　August 24, 2017**

　　　　　　　　　　　　　　　　　　　　　　　　s/ J. Phil Gilbert
　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**