UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRIAN N. PRATT,<br><br>　　　Plaintiff,<br><br>　v.<br><br>ROBERT HERTZ, JOHN LAKIN, GARY BOST, ROBERT HOLLENBECK, LT. HILL, TONY COURT, ARLEY FOSTER, MATTHEW DOVER, MYRON THOMPSON, JODIE COLEMAN, PAUL SARHAGE, STEVE RIDINGS, DON MCNAUGHTON, TIM WALKER, MIKE HARE, CRAIG REICHART, TOM SCHMIDT, MATT MILLER, and GUS NAVARETTE,<br><br>　　　Defendants. | Case No. 15-cv-1102-JPG-RJD |

## **JUDGMENT**

This matter having come before the Court, the plaintiff having failed to prosecute, and the

Court having rendered a decision,

　　IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** August 24, 2017　　　　　**JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　**s/*Tina Gray*, Deputy Clerk**


**Approved:**　s/ J. Phil Gilbert
　　　　　　**J. PHIL GILBERT**
　　　　　　**DISTRICT JUDGE**